UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-30-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| RODRIGUEZ ANTWON CRUDUP | |

This matter comes before the Court on the defendant's motion for early termination of his supervised release. Having reviewed the motion, and for the reasons stated therein, the Court GRANTS the motion.

IT IS, THEREFORE, ORDERED that the period of supervised release for the defendant, Rodriguez Antwon Crudup, shall be terminated and all financial obligations are due in full immediately.

SO ORDERED.

This 23 day of November, 2015

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE